1  PATRICK H. HICKS, ESQ., Bar # 004632
   RACHEL SILVERSTEIN, ESQ., Bar # 11057
2  LITTLER MENDELSON, P.C.
   3960 Howard Hughes Parkway, #300
3  Las Vegas, NV 89169-5937
   Telephone:  702.862.8800
4  Fax No.:    702.862.8811
   Email:      phicks@littler.com
5  Email:      rsilverstein@littler.com

6  Attorneys for Defendant / Counter-Plaintiff
   SPACECRAFT COMPONENTS CORP.
7

8                    UNITED STATES DISTRICT COURT

9                         DISTRICT OF NEVADA

10

11 | BRIAN DONOHO, an individual,

12 |        Plaintiff,                          | Case No. 2:15-cv-00640-JCM-NJK

13 | vs.

14 | SPACECRAFT COMPONENTS CORP., a
   | Nevada corporation; SALLY HAMILTON,         | **STIPULATION AND ORDER TO**
15 | an individual; RICKY BELTRAN, an            | **CONTINUE EARLY NEUTRAL**
   | individual; DOES 1 through 10; and ROE      | **EVALUATION SESSION (ENE)**
16 | Corporations 11 through 20, inclusive,
                                                 | **[FIRST REQUEST]**
17 |        Defendants.

18 | _____

19 | SPACECRAFT COMPONENTS CORP., a
   | Nevada corporation,
20
   |        Counter-Claimant,
21
   | vs.
22
   | BRIAN DONOHO, an individual,
23
   |        Counter-Defendant.
24

25         Plaintiff BRIAN DONOHO ("Plaintiff") and Defendant SPACECRAFT COMPONENTS

26 CORP., by and through their respective counsel, hereby stipulate and agree to re-schedule the date

27 for the Early Neutral Evaluation (ENE), presently scheduled for June 17, 2015, at 9:30 a.m., before

28 Honorable Peggy A. Leen (Doc. #13).

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

Defendant's Counsel has another ENE scheduled for the same date in a separate matter.  As a result, the parties have agreed to reschedule the ENE Session to the Court's next available date.

The parties further request that the confidential written evaluation statement be due one week prior to the new date of the ENE Session.  This extension is sought in good faith, and not for the purpose of undue delay.

Dated: May 1, 2015                              Dated: May 1, 2015

GABROY LAW OFFICES                              LITTLER MENDELSON

By: /s/ Christian Gabroy, Esq.                  By: /s/ Rachel Silverstein, Esq.
　CHRISTIAN GABROY, ESQ.                         　PATRICK H. HICKS, ESQ.
　IVY HENSEL, ESQ.                               　RACHEL SILVERSTEIN, ESQ.
　The District at Green Valley Ranch
　170 South Green Valley Parkway                 　Attorneys for Defendant/Counter-Claimant
　Suite 280                                      　SPACECRAFT COMPONENTS, INC.
　Henderson, NV 89012

1 North LaSalle
Suite 1775
Chicago, Illinois 60602

Attorney for Plaintiff / Counter-Defendant BRIAN DONOHO

**IT IS SO ORDERED:**

**The ENE hearing is rescheduled to** July 21, 2015, at 1:30 p.m.

**The ENE Statement is due no later than** 4:00 p.m. July 14, 2015

**All other instructions contained within the original Order Scheduling Early Neutral Evaluation Session (Dkt. #13) shall remain in effect.**

Dated: May 5, 2015

_____
US District Judge/Magistrate Judge

Firmwide:133261718.1 050640.1003

2.

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800