1  PATRICK H. HICKS, ESQ., Bar # 004632
2  RACHEL SILVERSTEIN, ESQ., Bar # 11057
   LITTLER MENDELSON, P.C.
3  3960 Howard Hughes Parkway, #300
   Las Vegas, NV  89169-5937
4  Telephone:   702.862.8800
   Fax No.:     702.862.8811
5  Email:       phicks@littler.com
   Email:       rsilverstein@littler.com
6
7  Attorneys for Defendants / Counter-Plaintiff
   SPACECRAFT COMPONENTS CORP., SALLY HAMILTON,
8  and RICKY BELTRAN

9                      UNITED STATES DISTRICT COURT
10                           DISTRICT OF NEVADA
11

12 BRIAN DONOHO, an individual,
13              Plaintiff,                    Case No. 2:15-cv-00640-JCM-NJK
14 vs.
15 SPACECRAFT COMPONENTS CORP., a
   Nevada corporation; SALLY HAMILTON,       **STIPULATION AND ORDER TO DISMISS**
16 an individual; RICKY BELTRAN, an          **ENTIRE ACTION WITH PREJUDICE**
   individual; DOES 1 through 10; and ROE
17 Corporations 11 through 20, inclusive,
18              Defendants.
19
20 SPACECRAFT COMPONENTS CORP., a
   Nevada corporation,
21
                Counter-Claimant,
22
   vs.
23
   BRIAN DONOHO, an individual,
24
                Counter-Defendant.
25

26     Plaintiff / Counter-Defendant, BRIAN DONOHO ("Plaintiff") and Defendants / Counter-
27 Claimant, SPACECRAFT COMPONENTS CORP., SALLY HAMILTON, and RICKY BELTAN
28 (hereinafter "Defendants"), by and through their respective counsel, do hereby stipulate and

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

respectfully request an order dismissing the entire action with prejudice.

Each party shall bear its own costs and fees for the claims dismissed by this Stipulation and Order.

Dated: August 3, 2015

GABROY LAW OFFICES

By: /s/ Christian Gabroy, Esq.
   CHRISTIAN GABROY, ESQ.
   IVY HENSEL, ESQ.

   Attorneys for Plaintiff / Counter-Defendant
   BRIAN DONOHO

Dated: August 4, 2015

LITTLER MENDELSON

By: /s/ Rachel Silverstein
   PATRICK H. HICKS, ESQ.
   RACHEL SILVERSTEIN, ESQ.

   Attorneys for Defendants / Counter-Claimant
   SPACECRAFT COMPONENTS CORP., SALLY HAMILTON, and RICKY BELTRAN

**IT IS SO ORDERED:**

Dated: August 5, 2015

_/s/ James C. Mahan_
UNITED STATES DISTRICT JUDGE

Firmwide:135083715.1 050640.1003

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

2.